FILED
NOV 03 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No. 3:21-CR-140
) JUDGES Jordan/Poplin
JAMES MICHAEL GLENN, )
)
Defendant. )

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
### (PRODUCTION OF CHILD PORNOGRAPHY)

On or about January 2, 2020, within the Eastern District of Tennessee, defendant **JAMES MICHAEL GLENN** did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct produced by the defendant, the defendant knew or had reason to know that the visual depiction was going to be transported in interstate or foreign commerce in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT TWO
### (DISTRIBUTION OF CHILD PORNORGRAPHY)

On or about October 1, 2021, within the Eastern District of Tennessee, defendant **JAMES MICHAEL GLENN** did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT THREE
### (POSSESSION OF AND ACCESS WITH INTENT TO VIEW CHILD PORNOGRAPHY)

On or about October 1, 2021, within the Eastern District of Tennessee, defendant **JAMES MICHAEL GLENN** did knowingly possess material which contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts One through Three of this Indictment are re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2251 and/or 2252A, the defendant, JAMES MICHAEL GLENN, shall forfeit to the United States of America his interests in the following:

   a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

   b. Any property, real or personal, constituting, or traceable to gross profits or other proceeds obtained from the offenses; and

  c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

  3. The properties seized from defendant, JAMES MICHAEL GLENN, to be forfeited includes, but are not limited to, the following:

  a) One (1) Cruzer Micro 4GB SanDisk Thumb Drive;

  b) Black Apple iPhone with black case;

  c) Toshiba Satellite laptop computer, Model: M305D-S4830;

  d) Toshiba Satellite laptop computer, Model: C55t-C5300;

  e) One (1) black battery pack;

  f) One (1) black charging block;

  g) One (1) black micro-SD USB 2.0 flash drive;

  h) One (1) black pinhole camera attached to a strap with attached media store device containing micro-SD card;

  i) One (1) PNY flash drive 128 GB;

  j) One (1) silver colored Cruzer Titanium 2.0 GB flash drive;

  k) One (1) blue Nintendo Switch; and

  l) One (1) black Key Fob with attached "GM" key and blue tag, containing micro-SD card.

  4. If any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty; the United States of America shall be

entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL:

███████████████████
GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
ACTING UNITED STATES ATTORNEY

*/s/ Jennifer Kolman*

Jennifer Kolman
Assistant United States Attorney

4