# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case #: 3:21-cr-140                                                                    Date: October 13, 2022

### United States of America       vs.       James Michael Glenn

**PROCEEDINGS: Sentencing.** Parties had no objections to the Presentence Investigative Report. The parties submit a stipulation as to restitution and forfeiture. The Defendant is sworn and allocutes. Witnesses sworn.

---

HONORABLE R. LEON JORDAN, UNITED STATES DISTRICT JUDGE PRESIDING

---

| Angela Archer | Patti Antol | Frank Dale |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. U.S. Attorney** |

| Nakeisha Jackson | | Kharmon Anderson |
|---|---|---|
| **Attorney for Defendant** | | **Probation Officer** |

**JUDGMENT OF THE COURT:**
The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 180 months as to the Indictment. Upon release from imprisonment, the defendant shall be on supervised release for a term of 10 years. The defendant shall not commit another federal, state, or local crime; shall comply with the standard conditions that have been adopted by this Court in Local Rule 83.10; and shall not illegally possess a controlled substance. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA. No fine imposed. The defendant shall comply with the special conditions as set forth in the J&C.

**COURT RECOMMENDATIONS:**
The court recommends that the defendant receive 500 hours of substance abuse treatment from the BOP Institution Residential Drug Abuse Treatment Program. Additionally, the court further recommends the defendant undergo a complete physical health evaluation, including dental and vision, and receive appropriate treatment while serving his term of imprisonment. It is further recommended the defendant participate in educational classes and vocational training to learn a trade or marketable skills while incarcerated. Lastly, the court recommends the defendant be designated to Butner, NC.

- [x] Special assessment: $100.00        ☐ Restitution:
- [ ] Defendant remains released pending designation
- [x] Defendant remanded to custody

| 10:38 a.m. | to | 11:11 a.m. |