# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | TENNESSEE |
|---|---|---|

| UNITED STATES OF AMERICA | **WITNESS LIST** |
|---|---|
| V. | |
| JAMES MICHAEL GLENN | Case Number:  3:21-CR-140 |

| PRESIDING JUDGE<br>LEON JORDAN | PLAINTIFF'S ATTORNEY<br>FRANK DALE | DEFENDANT'S ATTORNEY<br>NAKEISHA JACKSON |
|---|---|---|
| TRIAL DATE (S)<br>10/13/2022 | COURT REPORTER<br>PATTI ANTOL | COURTROOM DEPUTY<br>A. ARCHER |

| USA | DEF. | DATE OF TESTIMONY | WITNESSES |
|---|---|---|---|
| X | | 10/13/2022 | FLOYD FORESTER |
| X | | 10/13/2022 | JADE HONEYCUTT |
| X | | 10/13/2022 | BROOKLYN FORESTER |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |